AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:22-mj-00216 |
| CADEN PAUL GOTTFRIED | ) Assigned To Magistrate Judge: Upadhyaya, Moxila A. |
| | ) Assign. Date : 9/30/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **CADEN PAUL GOTTFRIED**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement during Civil Disorder,
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 09/30/2022

Digitally signed by Moxila A. Upadhyaya
Date: 2022.09.30 15:12:33 -04'00'

Issuing officer's signature

City and state: Washington, D.C.  Moxila A. Upadhyaya, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 09/30/2022, and the person was arrested on (date) 10/12/2022
at (city and state) Tacoma, WA.

Date: 10/12/2022

Arresting officer's signature

Michael Kiley, Special Agent
Printed name and title